Curtis D. GLINSEY, Appellant,

v.

Marvin MORRISON, Warden, FCI–Forrest City; Jill Dubbie–Gilley, Unit Manager, FCI–Forrest City; Leslie Wood, Case Manager, FCI–Forrest City; Robert E. Lee, Unit Counselor, FCI–Forrest City; Mark Gibson, Unit Officer, FCI–Forrest City, Appellees.

No. 01–2119.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 23, 2001.

Filed Oct. 26, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Federal inmate Curtis D. Glinsey appeals the district court's adverse grant of

summary judgment in Glinsey's action against prison employees under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). The district court dismissed the action under 42 U.S.C. § 1997e(a) after Glinsey was unable to rebut the employees' showing of his failure to exhaust administrative remedies. Glinsey contends the court abused its discretion in failing earlier to screen his complaint under 28 U.S.C. § 1915A to determine whether he had exhausted his administrative remedies. Glinsey seeks, among other things, a refund of his filing fee. On careful review of the record, and based on the plain language of the statutes at issue, we affirm the district court's dismissal and reject Glinsey's arguments. Nevertheless, we modify the dismissal to be without prejudice to Glinsey's right to refile his complaint after he exhausts his administrative remedies. *See* 8th Cir. R. 47B.